UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PIPER JAFFRAY & CO., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TONY SCHUMACHER, JOSHUA J. HERRIN, BRADLEY C. FISHER, and JAY SASSER,<br><br>Defendants. | NO. CV-06-5059-RHW<br><br>**ORDER DIRECTING PARTIES TO FILE STATUS CERTIFICATE** |

A Complaint in the above-entitled action was on filed July 27, 2006 (Ct. Rec. 1). Plaintiff filed a Motion for Temporary Restraining Order (Ct. Rec. 3). On July 28, 2006, the Court granted Plaintiff's Motion for Entry of Temporary Restraining Order, which remained in effect upon conclusion of a preliminary injunction hearing, or unless the NASD-DR arbitration panel hearing the dispute elects to modify this Order. On August 14, 2006, Plaintiff filed a Notice Striking Preliminary Injunction Hearing (Ct. Rec. 18). No further action has been taken in this matter.

Accordingly, **IT IS HEREBY ORDERED:**

1. On or before fourteen (14) days from the entry of this Order, the parties are directed to file a status certificate notifying the Court of the status of the above-captioned case.

///
///
///

**ORDER DIRECTING PARTIES TO FILE STATUS CERTIFICATE ~ 1**

| | |
|---|---|
| 1 | **IT IS SO ORDERED.** The District Court Executive is hereby directed to enter |
| 2 | this Order and to furnish a copy to all counsel. |
| 3 | **DATED** this 9th day of May, 2007. |
| 4 | *s/ Robert H. Whaley* |
| 5 | ROBERT H. WHALEY<br>Chief United States District Judge |
| 6 | |
| 7 | |
| 8 | Q:\CIVIL\2006\PiperJaffray\stat.wpd |

**ORDER DIRECTING PARTIES TO FILE STATUS CERTIFICATE** ~ 2